**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| ERIC SINGLETARY-EL, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 1:06-cv-1398-RLY-TAB |
| | ) | |
| R. V. VEACH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 03/09/2007

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Eric Singletary-El
Reg. No. 03012-283
United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN   46204-3048